SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD D. VOGEL, Cal. Bar No. 110081
evogel@sheppardmullin.com
MARK G. RACKERS, Cal. Bar No. 254242
mrackers@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. MESKO, an individual, ANNA R. MESKO, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a financial institution; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 10-cv-1426-BEN-CAB<br><br>**DEFENDANT WELLS FARGO BANK'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**<br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Assigned to: The Hon. Roger T. Benitez<br><br>Date:     September 13, 2010<br>Time:    10:30 a.m.<br>Ctrm:    3<br><br>[Complaint Filed: May 24, 2010] |

        On July 15, 2010, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Wells Fargo's motion is set for hearing on September 13, 2010.

1. Under established Ninth Circuit precedent, a district court may properly grant a motion to dismiss for failure to respond. *See generally Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995); *accord Martinez v. Stanford*, 323 F.3d 1178, 1183 (9th Cir. 2003) (affirming *Ghazali's* applicability to Rule 12(b) motions). Pursuant to Local Rule 7.1, Plaintiffs were required to oppose Wells Fargo's motion not later than fourteen (14) calendar days prior to the hearing date, or by September 30, 2010. Plaintiffs failed to file or serve any opposition by this date or thereafter. Pursuant to Local Rule 7.1.f.3, this failure constitutes consent to the granting of Wells Fargo's motion.

Accordingly, for the reasons discussed in Wells Fargo's moving papers, as well as for Plaintiffs' failure to oppose, Wells Fargo respectfully requests that the Court grant its motion and dismiss Plaintiffs' Complaint in its entirety.

Dated:  September 2, 2010        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____*/s/ Mark G. Rackers*_____
EDWARD D. VOGEL
MARK G. RACKERS

Attorneys for Defendant
WELLS FARGO BANK, N.A.
Email: mrackers@sheppardmullin.com

United States District Court for the Southern District of California, *Michael R. Mesko, et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 10-CV-01426-BEN-CAB

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **September 2, 2010**, I served the following document(s) described as

**DEFENDANT WELLS FARGO BANK'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM [Fed. R. Civ. P. 12(b)(6)]**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| J.J. Gonzalez, Esq.<br>The Gonzalez Law Group, PLC<br>210 W. First Street, Suite 213<br>Santa Ana, California 92701 | Attorneys for Plaintiffs<br>MICHAEL R. & ANNA R. MESKO<br>Phone: (714) 277-3787<br>Fax: (714) 479-0737 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2010, at San Diego, California.

*Pamela Parker*
PAMELA PARKER