FILED

10 SEP -2 PM 2:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL R. MESKO, an individual; ANNA R. MESKO, an individual, Plaintiffs, vs. WELLS FARGO BANK, N.A., a financial institution, Defendant. | CASE NO. 10-cv-1426 BEN (CAB) ORDER GRANTING MOTION TO DISMISS AND CLOSING CASE |
|---|---|

This case arises from a forbearance agreement relating to a loan covering real property located at 10077 Medina Drive, Santee, California 92071. On May 24, 2010, Plaintiff initiated this action in San Diego Superior Court. (Docket No. 1.) On July 8, 2010, Defendant removed the action to this Court. *Id.* This Court has jurisdiction based on diversity jurisdiction under 28 U.S.C. §§ 1332, 1441 and 1446.

On July 15, 2010, Defendant filed a Motion to Dismiss ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6), which is currently pending before this Court. (Docket No. 5.) The Motion seeks to dismiss all causes of action based on Plaintiffs' alleged failure to plead sufficient facts to state a claim for relief.

Despite being represented by counsel, Plaintiff has not filed an opposition or other response to the Motion. Pursuant to Civil Local Rule 7.1.e.2, Plaintiffs' opposition or other response, if any,

1 | was due no later than August 30, 2010.

2 |     Civil Local Rule 7.1.f.3.c provides,

> If an opposing party fails to file papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."

As Plaintiff has failed to file an opposition or other response to the Motion as required by Local Rule 7.1.e.2, the Court hereby **GRANTS** Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Docket No. 5). This action is **DISMISSED** without prejudice; the hearing date of September 13, 2010 is vacated, and the Clerk of the Court is directed to close the file in the case.

**IT IS SO ORDERED.**

DATED: 9/01/2010

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE